UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

TERRENCE WILLIAMS,
ALAN ANDERSON,
ANTHONY ALLEN,
DESIREE ALLEN,
SHANNON BROWN,
WILLIAM BYNUM,
RONALD GLEN DAVIS,
CHRISTOPHER DOUGLAS-ROBERTS,
    a/k/a "Supreme Bey,"
MELVIN ELY,
JAMARIO MOON,
DARIUS MILES,
MILTON PALACIO,
RUBEN PATTERSON,
EDDIE ROBINSON,
GREGORY SMITH,
SEBASTIAN TELFAIR,
CHARLES WATSON JR.,
ANTOINE WRIGHT, and
ANTHONY WROTEN,

                           Defendants.
------------------------------------------------------------------X

Docket No:
21-CR-00603 (VEC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that STEVEN J. HARFENIST of the law firm of HARFENIST KRAUT & PERLSTEIN LLP, hereby appears in the above captioned action as counsel to defendant DESIREE ALLEN.

Dated: Lake Success, New York
       October 14, 2021

HARFENIST KRAUT & PERLSTEIN LLP

By:    *S/ Steven J. Harfenist*
      Steven J. Harfenist
      *Attorneys for Defendant Desiree Allen*
      3000 Marcus Avenue, Suite 2E1
      Lake Success, New York 11042
      P: (516) 355-9600
      F: (516) 355-9601
      E: SHarfenist@hkplaw.com